IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BRUCE WALKER | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | |
| DALE A. MEISEL and | : | |
| LEHIGH COUNTY PRISON | : | NO.  09-6136 |

## ORDER

     AND NOW, this   14th     day of October 2011, after consideration of

Defendant's motion for summary judgment (Doc. 20), and Plaintiff's response (Doc. 21),

and for the reasons explained in the accompanying Memorandum, it is HEREBY

ORDERED that the motion is GRANTED and JUDGMENT IS ENTERED in favor of

Defendants Dale A. Meisel and Lehigh County Prison and against Plaintiff Bruce Walker.

                       BY THE COURT:

                       /s/ELIZABETH T. HEY

                       _____

                       ELIZABETH T. HEY, M.J.