IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BRUCE WALKER | : |
| | : CIVIL ACTION |
| v. | : |
| | : |
| DALE A. MEISEL and | : |
| LEHIGH COUNTY PRISON | : NO. 09-6136 |

**<u>ORDER</u>**

AND NOW, this 9th day of February 2012, after consideration of Plaintiff's motion for reconsideration (Doc. 26), and Defendants' response thereto (Doc. 27), and for the reasons explained in the accompanying Memorandum, it is HEREBY ORDERED that the motion is DENIED.

BY THE COURT:

/s/ Elizabeth T. Hey

_____
ELIZABETH T. HEY, M.J.